USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/5/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

WB MUSIC CORP., a California corporation and
WARNER/CHAPPELL MUSIC, INC., a Delaware
corporation,

                Plaintiffs,

                v.

THE LEONORE S. GERSHWIN 1987 TRUST, a
California trust; MICHAEL S. STRUNSKY as
trustee; THE ARTHUR GERSHWIN
TESTAMENTARY TRUST, a New York Trust;
MARC GERSHWIN as trustee; MARC
GERSHWIN individually; THE FRANCES
GERSHWIN GODOWSKY REVOCABLE TRUST
U/A AUGUST 29, 1983, a NEW YORK trust;
LEOPOLD GODOWSKY III as trustee; LEOPOLD
GODOWSKY III individually; ALEXIS
GERSHWIN; GEORGIA KEIDAN; and NADIA
NATALI,

                Defendant.

------------------------------------X

No. 10 Civ. 2496 (RPP)

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Pursuant to Local Rule 1.4 for the U.S. District Court for the Southern District of New York, Andrew C. DeVore of the law firm of DeVore & DeMarco LLP moves the Court for an order permitting his withdrawal as counsel of record for Plaintiffs WB Music Corp. and Warner/Chappell Music, Inc., in the above-referenced case. A declaration in support of this motion is attached.

Plaintiffs will continue to appear in this matter through their counsel at Munger, Tolles & Olson LLP and DeVore & DeMarco LLP.

*[handwritten: motion granted so ordered /s/ RPP 8/5/10]*

Dated: New York, New York
June 30, 2010

Respectfully submitted,

DEVORE & DEMARCO LLP

By: /s/ Andrew C. DeVore
Andrew DeVore (AD - 3511)
99 Park Avenue – 16th Floor
New York, New York 10016
(212) 922-9499

*Attorneys for Plaintiffs WB Music Corp. and Warner/Chappell Music, Inc.*