UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WB MUSIC CORP., *et al.*, <br><br> Plaintiffs, <br><br> -against- <br><br> THE LEONORE S. GERSHWIN 1987 TRUST, *et al.*, <br><br> Defendants. | INDEX NO. 1:10-cv-02496 (RPP) |

## [PROPOSED] REVISED SCHEDULING ORDER

WHEREAS the parties to this matter jointly seek to modify the Court's Scheduling Order of July 10, 2010, so that they may continue to meet and confer and have the opportunity to mediate and resolve this dispute; and

WHEREAS the Court has considered the parties' Joint Stipulation to Modify the Scheduling Order of July 10, 2010,

IT IS HEREBY ORDERED that the Scheduling Order is amended as follows:

1. The deadline for completion of the mediation is extended to November 12, 2010; and

2. The deadline to amend the pleadings is extended to October 15, 2010.

11635727.1

All other dates on the Scheduling Order remain the same except for the date for responding to the first round of discovery, which date is removed from the Scheduling Order to be addressed by the applicable rules and/or the agreement of the parties.

IT IS SO ORDERED.

Dated: New York, New York
~~August~~ September 10, 2010

_____
United States District Judge