UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

WB MUSIC CORP., a California corporation and
WARNER/CHAPPELL MUSIC, INC., a Delaware
corporation,

      Plaintiffs,

v.

THE LEONORE S. GERSHWIN 1987 TRUST, a
California trust; MICHAEL S. STRUNSKY as
trustee; THE ARTHUR GERSHWIN
TESTAMENTARY TRUST, a New York trust;
MARC GERSHWIN as trustee; MARC GERSHWIN
individually; THE FRANCES GERSHWIN
GODOWSKY REVOCABLE TRUST U/A
AUGUST 29, 1983, a New York trust; LEOPOLD
GODOWSKY III as trustee; LEOPOLD
GODOWSKY III individually; ALEXIS
GERSHWIN; GEORGIA KEIDAN; and NADIA
NATALI,

      Defendants.

---------------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/12/10

No. 10 Civ. 2496 (RPP) (MHD)

## [~~PROPOSED~~] AMENDED SCHEDULING ORDER

  WHEREAS, the parties to this matter jointly seek to modify the Court's Scheduling Order dated July 10, 2010, as previously amended September 10, 2010, so that they may continue to meet and confer on settlement and have the opportunity to mediate and resolve this dispute; and

  WHEREAS, the Court has considered the parties' letter to the Court dated October 11, 2010;

  IT IS HEREBY ORDERED that the Court's Scheduling Order dated July 10, 2010, as previously amended September 10, 2010, is further amended as follows:

18166/011/1129597.1

1.  The deadline for the parties to amend the pleadings is extended to December 1, 2010.

All other dates in the Court's Scheduling Order dated July 10, 2010, as previously amended September 10, 2010, shall remain the same.

SO ORDERED this 12th day of October, 2010.

*[signature]*

U.S.D.J.

# Cowan, Liebowitz & Latman, P.C.

LAW OFFICES

1133 Avenue of the Americas • New York, NY 10036-6799

(212) 790-9200 • www.cll.com • Fax (212) 575-0671



RECEIVED OCT 12 2010 CHAMBERS OF JUDGE ROBERT P. PATTERSON

J. Christopher Jensen
Direct (212) 790-9204
jcj@cll.com

October 11, 2010

**VIA FACSIMILE (212) 805-7917**

Hon. Robert P. Patterson, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:   *WB Music, et al. v. The Leonore S. Gershwin 1987 Trust, et al.*, No. 10 Civ. 2496

Dear Hon. Judge Patterson:

    We represent The Arthur Gershwin Testamentary Trust, Marc Gershwin, The Frances Gershwin Godowsky Revocable Trust U/A August 29, 1983, Leopold Godowsky III, Alexis Gershwin, Georgia Keidan and Nadia Natali (collectively, the "George Gershwin Defendants") in the above-referenced litigation.

    We write on behalf of and with the consent of all the parties to the litigation to request that the Scheduling Order dated July 7, 2010, be amended to extend the deadline for the parties to amend the pleadings until December 1, 2010. The current deadline to amend the pleadings is October 15, 2010, which date had been extended, by Order dated September 10, 2010, from the original amendment deadline of September 1, 2010.

    The parties have been engaged in continuing settlement negotiations and have a mediation scheduled on November 10, 2010, before Hon. Magistrate Judge Dolinger. The proposed extension of the deadline to amend the pleadings would allow the parties to continue their settlement discussions and participate in the forthcoming mediation without the need to incur significant further litigation expenses.

    A proposed amended scheduling order reflecting the parties' requested amendments is attached hereto for Your Honor's consideration.

27326/001/1199127.1

**Cowan, Liebowitz & Latman, P.C.**
Hon. Robert P. Patterson, U.S.D.J.
October 11, 2010
Page 2

Respectfully submitted,

*[signature]*

J. Christopher Jensen

Enclosure

cc:   All Counsel of Record

27326/001/1199127.1