```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

WB MUSIC CORP., et ano,                :

                    Plaintiffs,        :         ORDER

          -against-                    :    10 Civ. 2496 (RPP)(MHD)

THE LEONARD S. GERSHWIN 1987           :
TRUST, et al.,
                                       :
                    Defendants.
------------------------------------x
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

It is hereby **ORDERED** that a telephone conference has been scheduled in the above-captioned action for **MONDAY, NOVEMBER 15, 2010** at **3:00 P.M.**, at which time plaintiffs are directed to call chambers at (212) 805-0204. Any requests for adjournment of this scheduled conference must be in writing.

Dated: New York, New York
       November 15, 2010

SO ORDERED.

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent today by fax to:

Glenn D. Pomerantz, Esq.
Munger, Tolles & Olson LLP
Fax: (213) 683-5132

Tamerlin J. Godley, Esq.
Munger, Tolles & Olson LLP
Fax: (213) 683-4032

Esther H. Sung, Esq.
Justin Ladd McNabney, Esq.
Susan E. Nash, Esq.
Munger, Tolles & Olson LLP
Fax: (213) 687-3702

Amin S. Kassam, Esq.
Joseph Vecchione DeMarco, Esq.
DeVore & DeMarco, LLP
Fax: (212) 922-1799

Jonathan P. Steinsapir, Esq.
Lawrence Yale Iser, Esq.
Kristen L. Spanier, Esq.
Kinsella Weitzman Iser Kump and Aldisert LLP
Fax: (310) 566-9850

Rachel Greer Balaban, Esq.
Scarola Ellis LLP
Fax: (212) 757-0469

Eric Joseph Shimanoff, Esq.
J. Christopher Jensen, Esq.
Cowan, Liebowitz, & Latman, PC
Fax: (212) 575-0671