UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WB MUSIC CORP., et al.,

    Plaintiffs,

-against-

THE LEONORE S. GERSHWIN 1987 TRUST, et al.,

    Defendants.

INDEX NO. 1:10-cv-02496 (RPP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/1/10

## [PROPOSED] REVISED SCHEDULING ORDER

WHEREAS the parties to this matter jointly seek to modify the Court's Scheduling Order of July 7, 2010, as previously amended on September 10, 2010 and on October 12, 2010, so that they may document in a formal settlement agreement their agreement to resolve this dispute; and

WHEREAS the Court has considered the parties' November 30, 2010 letter to the Court.

IT IS HEREBY ORDERED that the Scheduling Order is amended as follows:

1.    The deadline for amending the pleadings is extended to December 17, 2010.

All other dates on the July 7, 2010 Scheduling Order, as amended on September 10, 2010 and on October 12, 2010, remain the same.

IT IS SO ORDERED.

Dated: New York, New York
       December 1, 2010

United States District Judge Robert P. Patterson

12413685.1