```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/16/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WB MUSIC CORP., *et al.*,

    Plaintiffs,

-against-

THE LEONORE S. GERSHWIN 1987 TRUST, *et al.*,

    Defendants.

INDEX NO. 1:10-cv-02496 (RPP)

---

## [PROPOSED] REVISED SCHEDULING ORDER

WHEREAS the parties to this matter jointly seek to modify the Court's Scheduling Order of July 7, 2010, as previously amended on September 10, 2010, October 12, 2010, and December 1, 2010, so that they may document in a formal settlement agreement their agreement to resolve this dispute; and

WHEREAS the Court has considered the parties' December 16, 2010 letter to the Court,

IT IS HEREBY ORDERED that the Scheduling Order is amended as follows:

1. The deadline for amending the pleadings is extended to <u>January 14, 2011</u>.

All other dates on the July 7, 2010 Scheduling Order, as amended on September 10, 2010, October 12, 2010, and December 1, 2010, remain the same.

IT IS SO ORDERED.

Dated: New York, New York

    December 16, 2010

    _____
    United States District Judge Robert P. Patterson

12550729.1

MUNGER, TOLLES & OLSON LLP

355 SOUTH GRAND AVENUE
THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 683-9100
FACSIMILE (213) 687-3702

560 MISSION STREET
SAN FRANCISCO, CALIFORNIA 94105-2907
TELEPHONE (415) 512-4000
FACSIMILE (415) 512-4077

December 16, 2010

WRITER'S DIRECT LINE
(213) 683-9232
(213) 683-4032 FAX
...Godley@mto.com

**VIA FACSIMILE (212) 805-7917**

The Honorable Robert P. Patterson
Daniel Patrick Moynihan Courthouse
500 Pearl St.
New York, NY 1007-1312

Re:   <u>WB Music Corp. and Warner/Chappell Music, Inc. v. The Leonore S. Gershwin 1987 Trust, et al.</u>, Case No. 10 CV 2496 (RPP)

Dear Judge Patterson:

      As the parties recently reported, they have now settled the above captioned matter with the significant help of Judge Magistrate Dolinger. The parties are currently in the process of documenting that settlement. Because this settlement involves three sets of interests, two separate agreements and terms for an ongoing business relationship between the parties, documenting the settlement needs to be carefully done and will take additional time. Likewise, given the holidays, communications with clients and between the parties takes more time and is more difficult to accomplish. Warner/Chappell, for its part, will be closed between Christmas and the New Year and some of the Gershwin Interests and their counsel have been, and will continue to be, traveling over the holiday.

      For these reasons, with the consent of all parties, we respectfully request a further amendment to the Court's scheduling order to continue the deadline for the parties to amend

MUNGER, TOLLES & OLSON LLP

The Honorable Robert Patterson
December 16, 2010
Page 2

their pleadings, which is currently set for December 17, 2010, to January 14, 2010, in order to allow the parties adequate time to fully and finally document their settlement agreement.

Enclosed with this letter for the Court's consideration is a proposed revised scheduling order reflecting the amendment to which all the parties have consented.

Sincerely,

Tamerlin J. Godley /ems

Tamerlin J. Godley

Enclosure

cc: All Counsel of Record

12550582.1