```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x

WB MUSIC CORP., et ano,                :

            Plaintiffs,                :     ORDER

         -against-                     :     10 Civ. 2496 (RPP)(MHD)

THE LEONARD S. GERSHWIN 1987           :
TRUST, et al.,
                                       :
            Defendants.
---------------------------------------x
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

It is hereby **ORDERED** that a conference has been scheduled in the above-captioned action on **THURSDAY, FEBRUARY 3, 2011** at **1:00 P.M**, at which time you are directed to appear in Courtroom **6A**, 500 Pearl Street, New York, New York 10007-1312. Please note that this is not Judge Dolinger's usual courtroom. **Clients are to be present.** Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

Dated: New York, New York
       January 21, 2011

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent today by fax to:

Glenn D. Pomerantz, Esq.
Munger, Tolles & Olson LLP
Fax: (213) 683-5132

Tamerlin J. Godley, Esq.
Munger, Tolles & Olson LLP
Fax: (213) 683-4032

Esther H. Sung, Esq.
Justin Ladd McNabney, Esq.
Susan E. Nash, Esq.
Munger, Tolles & Olson LLP
Fax: (213) 687-3702

Amin S. Kassam, Esq.
Joseph Vecchione DeMarco, Esq.
DeVore & DeMarco, LLP
Fax: (212) 922-1799

Jonathan P. Steinsapir, Esq.
Lawrence Yale Iser, Esq.
Kristen L. Spanier, Esq.
Kinsella Weitzman Iser Kump and Aldisert LLP
Fax: (310) 566-9850