

Cowan, Liebowitz & Latman, P.C.
1133 Avenue of the Americas
New York, NY 10036

(212) 790-9200 Tel
(212) 575-0671 Fax
www.cll.com

**Eric J. Shimanoff**
(212) 790-9226
ejs@cll.com




February 4, 2011

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________
DATE FILED: 2/4/11

**VIA FACSIMILE (212) 805-7917**

Hon. Robert P. Patterson, U.S.D.J.
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *WB Music, et al. v. The Leonore S. Gershwin 1987 Trust, et al.*, No. 10 Civ. 2496

Dear Hon. Judge Patterson:

We represent the George Gershwin Defendants in the above-referenced litigation. We write on behalf of the George Gershwin Defendants and Plaintiffs to request that today's deadline to oppose the Ira Gershwin Defendants' motion for leave to amend their answer to assert counterclaims against Plaintiffs and the George Gershwin Defendants be extended one week until Friday, February 11, 2011.

The parties have been engaged in continuing settlement negotiations, including a settlement conference yesterday before Hon. Magistrate Judge Dolinger. The parties are scheduled to meet this coming Monday, February 7, 2011, with the goal of finalizing a written settlement agreement. The proposed extension would allow the parties to continue their settlement discussions without the need to incur further litigation expenses.

Counsel for the Ira Gershwin Defendants has consented to this extension.

Respectfully submitted,

Eric J. Shimanoff

Application Granted So Ordered. Robert P. Patterson USDJ 2/4/11

cc: All Counsel of Record

27326/001/1220924.1