UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WB MUSIC CORP., a California corporation and :    No. 10 Civ. 2496 (RPP)
WARNER CHAPPELL MUSIC, INC., a Delaware :
corporation,   :
  :
          Plaintiffs,   :
  :
          v.   :
  :
THE LEONORE S. GERSHWIN 1987 TRUST, a :
California trust; MICHAEL S. STRUNSKY as :
trustee; THE ARTHUR GERSHWIN :
TESTAMENTARY TRUST, a New York Trust; :
MARC GERSHWIN as trustee; MARC :
GERSHWIN individually; THE FRANCES :
GERSHWIN GODOWSKY REVOCABLE TRUST :
U/A AUGUST 29, 1983, a NEW YORK trust; :
LEOPOLD GODOWSKY III as trustee; LEOPOLD :
GODOWSKY III individually; ALEXIS :
GERSHWIN; GEORGIA KEIDAN; and NADIA :
NATALI;   :
  :
          Defendants.   :
  :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## [~~PROPOSED~~] ORDER

      WHEREAS, Plaintiffs Warner Music Corp. and Warner Chappell Music, Inc.,

initiated the above-captioned statutory interpleader action in the U.S. District Court for the

Central District of California pursuant to 28 U.S.C. § 1335 in order to resolve adverse claims by

and between the Defendants;

      WHEREAS, also pursuant to 28 U.S.C. § 1335 Plaintiffs deposited a total of

$439,650.64 with the United States District Court for the Central District of California in the

summer and fall of 2009;

13371806.1

WHEREAS, on March 18, 2010, the Honorable Judge George H. King transferred this action to the United States District Court for the Southern District of New York with an order that "[t]he money deposited in this Court's Registry **SHALL** likewise be transferred to that *of the United States District Court for the Southern District of New York" (emphasis in original)*;

WHEREAS, on April 7, 2010, this Court ordered the cashier's department of the U.S. District Court for the Southern District of New York to accept and deposit the $439,650.64;

WHEREAS, pursuant to 28 U.S.C. § 1335 Plaintiffs have deposited an additional $195,258.23 with the cashier's department of the U.S. District Court for the Southern District of New York for a total deposition of $634,908.87;

WHEREAS, the parties to the above-captioned matter have settled this matter amicably pursuant to terms and conditions that are confidential and the matter has been dismissed in its entirety, with prejudice;

NOW, THEREFORE, the cashier's department of this Court is respectfully directed to refund to the Plaintiffs the total amount of funds heretofore deposited in connection with the above-captioned interpleader matter, plus the applicable interest, in the form of a check paid to the order of Warner/Chappell Music, Inc. The cashier's department is respectfully directed to remit that check to the Plaintiffs' counsel at the following address:

> Tamerlin J. Godley
> Munger, Tolles & Olson, LLP
> 355 S. Grand Ave., 35th Floor
> Los Angeles, CA 90071

IT IS SO ORDERED.

Dated: New York, New York
     March 9 , 2011

                                        United States District Judge

cc:    Cashier, U.S. District Court, SDNY

13371806.1