UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WB MUSIC CORP., a California corporation, and WARNER/CHAPPELL MUSIC, INC., a Delaware corporation,<br><br>    Plaintiffs,<br><br>    -against-<br><br>THE LEONORE S. GERSHWIN 1987 TRUST, a California trust; MICHAEL S. STRUNSKY as trustee; THE ARTHUR GERSHWIN TESTAMENTARY TRUST, a New York trust; MARC GERSHWIN as trustee; MARC GERSHWIN individually; THE FRANCES GERSHWIN GODOWSKY REVOCABLE TRUST U/A AUGUST 29, 1983, a New York trust; LEOPOLD GODOWSKY III as trustee; LEOPOLD GODOWSKY III individually; ALEXIS GERSHWIN; GEORGIA KEIDAN; and NADIA NATALI,<br><br>    Defendants. | INDEX NO. 10 CV 2496 (RPP) |

## SETTLEMENT AND JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

WHEREAS, the parties to the above-captioned matter have settled this matter amicably pursuant to terms and conditions that are confidential.

NOW, THEREFORE, in consideration thereof, on behalf of their respective clients, the undersigned counsel for the parties hereby stipulate and agree that:

1.     Pursuant to Rule 41, Plaintiffs WB Music Corp. and Warner/Chappell Music, Inc. hereby dismiss this action with prejudice in its entirety and as to all Defendants.

13371796.3

2. The parties shall bear their own costs and attorney's fees.

Dated: March 7, 2011

Respectfully submitted,

Munger, Tolles & Olson LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA 90071-1560
(213) 683-9100

By: _____
Tamerlin J. Godley, Esq.
Attorneys for Plaintiffs
WB Music Corp. and Warner/Chappell
Music, Inc.

Dated: March 7, 2011

Kinsella Weitzman Iser Krump and Aldisert
808 Wilshire Blvd., 3rd Floor
Santa Monica, CA 90401
(310) 566-9800

By: _____
Lawrence Yale Iser, Esq.
Attorneys for Defendants
The Leonore S. Gershwin 1987 Trust,
Michael S. Strunsky

Dated: March 7, 2011

Cowan, Liebowitz & Latman, PC
1133 Avenue of the Americas
New York, NY 10036
(213) 790-9200

By: _____
J. Christopher Jensen, Esq.
Attorneys for Defendants
The Arthur Gershwin Testamentary Trust,
Marc Gershwin, The Frances Gershwin
Godowsky Revocable Trust U/A August 29,
1983, Leopold Godowsky III, Alexis
Gershwin, Georgia Keidan, Nadia Natali

So Ordered: March 9, 2011

_____
Honorable Robert P. Patterson